

# Fourth Court of Appeals
## San Antonio, Texas

September 23, 2014

No. 04-13-00805-CR

Ex Parte Santos **GUEVARA**,
Appellant

From the 216th Judicial District Court, Gillespie County, Texas
Trial Court No. 4704-A
Honorable N. Keith Williams, Judge Presiding

# O R D E R

The State's motion for extension of time to file the brief is GRANTED. Time is extended to October 8, 2014.

_Sandee Bryan Marion_
Sandee Bryan Marion, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of September, 2014.

Keith E. Hottle
Clerk of Court